**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Indian Canyon & 18th Property Owners Association

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  82-2081499

4. **Debtor's address**

   **Principal place of business**
   71713 Highway 111
   Suite 104
   Rancho Mirage, CA 92270
   Number, Street, City, State & ZIP Code

   Riverside
   County

   **Mailing address, if different from principal place of business**

   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ■ Other. Specify:  Property owner's association

Debtor __Indian Canyon & 18th Property Owners Association__   Case number (*if known*)_____
      Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
__51__

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

---

Debtor  Indian Canyon & 18th Property Owners Association _____  Case number (*if known*) _____
　　　　　Name

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____  Relationship _____
    District _____ When _____ Case number, if known _____

11. **Why is the case filed in *this district*?**  Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
    ■ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    　What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other _____

    **Where is the property?** _____
    　Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
    　　　Contact name _____
    　　　Phone _____

### Statistical and administrative information

13. **Debtor's estimation of available funds**  Check one:

    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. **Estimated number of creditors**
    ■ 1-49         ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99        ☐ 5001-10,000       ☐ 50,001-100,000
    ☐ 100-199      ☐ 10,001-25,000     ☐ More than100,000
    ☐ 200-999

15. **Estimated Assets**
    ☐ $0 - $50,000            ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million    ☐ More than $50 billion

16. **Estimated liabilities**
    ☐ $0 - $50,000            ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Debtor   Indian Canyon & 18th Property Owners Association    Case number (*if known*)
         Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    Indian Canyon & 18th Property Owners Association    Case number (*if known*)
          Name

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09 / 06 / 2022
             MM / DD / YYYY

X _____    Kenneth Dickerson
Signature of authorized representative of debtor    Printed name

Title    Chairman of the Board

**18. Signature of attorney**

X _____    Date  9 / 6 / 2022
Signature of attorney for debtor               MM / DD / YYYY

Douglas A. Plazak 181709
Printed name

REID & HELLYER
Firm name

P.O. Box 1300
Riverside, CA 92502-1300
Number, Street, City, State & ZIP Code

Contact phone  (951) 682-1771    Email address

181709 CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Indian Canyon & 18th Property Owners Association |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dinsmore and Shohl LLP<br>Attn: Joseph S. Leventhal<br>655 W. Broadway, Suite 800<br>San Diego, CA 92101 | Joseph S. Leventhal<br>joseph.leventhal@dinsmore.com<br>619-400-0498 | Attorneys Fees; counsel in litigation | | | | $178,395.53 |
| VHRSS Solutions<br>P.O. Box 580337<br>North Palm Springs, CA 92258-0337 | Bill Stanifer<br>william@vhrssinc.com<br>(951) 514-9369 | Vendor | | | | $67,911.33 |

Indian Canyon & 18th Property Owners Association
71713 Highway 111
Suite 104
Rancho Mirage, CA 92270


Office of the U S Trustee
3685 Main Street, Suite 300
Riverside, CA 92501


Douglas A. Plazak
REID & HELLYER
P.O. Box 1300
Riverside, CA 92502-1300

```
Alpenglow Management Group LLC
Wood Smith, Henning & Berman LLP
Attn: Keith Smith, et al.
21804 Cactus Ave. Suite 200
March Air Reserve Base, CA 92518


Brightside Estate Holdings LLC
Wood Smith, Henning & Berman LLP
Attn: Keith Smith, et al.
21804 Cactus Ave. Suite 200
March Air Reserve Base, CA 92518


Coachillin Energy Company, LLC
Faegre Drinker Biddle & Reath LLP
Attn Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517


Coachillin Holdings, LLC
71-713 Highway 111
Suite 101
Rancho Mirage, CA 92270


Coachillin Holdings, LLC
Faegre Drinker Biddle & Reath LLP
Attn Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517


Coachillin Holdings, LLC
Dinsmore and Shohl LLP
Attn: Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101


DHS Lot 11 Holdings, LLC
Hakala Law Group, P.C.
Attn: Brad A. Hakala, et al
One World Trade Center, Suite 1870
Long Beach, CA 90831


DHS Verde, LLC
Hakala Law Group, P.C.
Attn: B. Hakala; R. Ostrowski
One World Trade Center, Suite 1870
Long Beach, CA 90831
```

```
Dinsmore and Shohl LLP
Attn: Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101


EcoMaster Corporation
71-713 Highway 111
Suite 100
Rancho Mirage, CA 92270


EcoMaster Corporation
J. Scott Zundel Law Offices
Attn: J. Scott Zundel
74-000 Country Club Dr. #C-4
Palm Desert, CA 92260


Ecomaster Corporation
Faegre Drinker Biddle & Reath LLP
Attn Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517


En Primeur
108 San Jose Avenue #2
San Francisco, CA 94110


En Primeur LLC
Wood Smith, Henning & Berman LLP
Attn: Keith Smith, et al.
21804 Cactus Ave. Suite 200
March Air Reserve Base, CA 92518


Happy Hours, LLC
Hakala Law Group, P.C.
Attn: Brad A. Hakala, et al
One World Trade Center, Suite 1870
Long Beach, CA 90831


Katherine Beneteau
Faegre Drinker Biddle & Reath LLP
Attn Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517
```

```
Katherine Dickerson
Dinsmore and Shohl LLP
Attn:  Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101


Kenneth Dickerson
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517


Kenneth Dickerson
Dinsmore and Shohl LLP
Attn:  Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101


Kirsten Dickerson
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517


Kirsten Dickerson
Dinsmore and Shohl LLP
Attn:  Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101


Michael Dickerson
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517


Moon Lev Investments, LLC
Hakala Law Group, P.C.
Attn:  Brad A. Hakala, et al
One World Trade Center, Suite 1870
Long Beach, CA 90831


Parker Straus LLP
700 N. Brand Blvd., Suite 400
Glendale, CA 91203
```

Parker Straus LLP
700 N. Brand Blvd., Suie 400
Glendale, CA 91203


Parker Straus, LLP
700 N. Brand Blvd., Suite 400
Glendale, CA 91203


Richard J. McNeil
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614


Ricky McCormies
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517


VHRSS Solutions
P.O. Box 580337
North Palm Springs, CA 92258-0337


William Moreland
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517


William Moreland
1655 E. Layton Drive
Englewood, CO 80113