**Fill in this information to identify the case:**

Debtor name ___Indian Canyon & 18th Property Owners Association___

United States Bankruptcy Court for the: ___CENTRAL DISTRICT OF CALIFORNIA___

Case number (if known) ___6:22-bk-13378___

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑ *Schedule H: Codebtors* (Official Form 206H)
☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204) - Amended
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___9.28.22___    X _____
Signature of individual signing on behalf of debtor

Kenneth Dickerson
Printed name

Chairman of the Board
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Indian Canyon & 18th Property Owners Association |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | 6:22-bk-13378 |

■ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CGC -Mroz Accountants & Advisors 73-733 Fred Waring Drive Suite 105 Palm Desert, CA 92260 | 760-345-2570 | Vendor - Income Tax preparation | | | | $1,525.00 |
| Dinsmore and Shohl LLP Attn: Joseph S. Leventhal 655 W. Broadway, Suite 800 San Diego, CA 92101 | Joseph S. Leventhal joseph.leventhal@dinsmore.com 619-400-0498 | Attorneys Fees; counsel in litigation | | | | $178,395.53 |
| VHRSS Solutions P.O. Box 580337 North Palm Springs, CA 92258-0337 | Bill Stanifer william@vhrssinc.com (951) 514-9369 | Vendor | | | | $82,641.30 |

## United States Bankruptcy Court
### Central District of California

In re ___Indian Canyon & 18th Property Owners Association___      Case No. ___6:22-bk-13378___

Debtor(s)          Chapter ___11___

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| None | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chairman of the Board of the Property owner's association named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date ___9.28.22___          Signature _____
                                        Kenneth Dickerson

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Rancho Mirage_____, California.

Date: _9.28.22_____

Kenneth Dickerson
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                        Page 1          **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify the case:**

Debtor name _____Indian Canyon & 18th Property Owners Association_____

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ___6:22-bk-13378___

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. Real property:
        Copy line 88 from *Schedule A/B*................................................................................    $ _____0.00

    1b. Total personal property:
        Copy line 91A from *Schedule A/B*...........................................................................    $ _____1,532,961.29

    1c. Total of all property:
        Copy line 92 from *Schedule A/B*...............................................................................    $ _____1,532,961.29

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*....................................    $ _____0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. Total claim amounts of priority unsecured claims:
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $ _____0.00

    3b. Total amount of claims of nonpriority amount of unsecured claims:
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................    +$ _____922,331.52

4.  **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b                                                                                            $ _____922,331.52

**Fill in this information to identify the case:**

Debtor name __Indian Canyon & 18th Property Owners Association__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) __6:22-bk-13378__

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
■ Yes Fill in the information below.
All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| First Bank - At the time the case was filed (09/06/22), there were funds in the Debtor account in the sum of $7,972.94; as of the date the accounts were closed, all funds were transferred to the new Chapter 11 bank accounts, leaving no funds. All financial data was reconciled as of | | | |
| 3.1.  09/12/22. | Checking | | $0.00 |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$0.00

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

10. Does the debtor have any accounts receivable?

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

Debtor    Indian Canyon & 18th Property Owners Association        Case number *(if known)* 6:22-bk-13378
          Name

**11.**    Accounts receivable

| | | | | |
|---|---|---|---|---|
| 11a. 90 days old or less: | 207,364.20 | - | 0.00 | = .... | $207,364.20 |
| | face amount | | doubtful or uncollectible accounts | | |

| | | | | |
|---|---|---|---|---|
| 11b. Over 90 days old: | 1,240,897.62 | - | 0.00 | =.... | $1,240,897.62 |
| | face amount | | doubtful or uncollectible accounts | | |

**12.**    Total of Part 3.
Current value on lines 11a + 11b = line 12. Copy the total to line 82.       | $1,448,261.82 |

**Part 4:**    Investments

13. Does the debtor own any investments?

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** Office furniture | | | |
| **40.** Office fixtures | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| Computers, technology | $0.00 | | $10,997.97 |

**42.**    Collectibles *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**    Total of Part 7.
Add lines 39 through 42. Copy the total to line 86.       | $10,997.97 |

**44.**    Is a depreciation schedule available for any of the property listed in Part 7?

ATTACHMENT TO STATEMENT OF AFFAIRS

#11 – Accounts receivable over 90 days: Special Assessment receivable; Itemized list of accounts
receivable available upon request. Accounts receivable value reflects the amount as of 9/12/22, the date
all financial data for the chapter 11 filing was reconciled. Debtor will be negotiating with association
members globally to resolve the outstanding association dues.

| Debtor | Indian Canyon & 18th Property Owners Association | Case number *(if known)* 6:22-bk-13378 |
|---|---|---|
| | Name | |

■ No
☐ Yes

45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?
    ■ No
    ☐ Yes

### Part 8:    Machinery, equipment, and vehicles

46. Does the debtor own or lease any machinery, equipment, or vehicles?

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:    Real property

54. Does the debtor own or lease any real property?

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

### Part 10:    Intangibles and intellectual property

59. Does the debtor have any interests in intangibles or intellectual property?

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:    All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.  Notes receivable
     Description (include name of obligor)

72.  Tax refunds and unused net operating losses (NOLs)
     Description (for example, federal, state, local)

73.  Interests in insurance policies or annuities

74.  Causes of action against third parties (whether or not a lawsuit
     has been filed)

75.  Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims

76.  Trusts, equitable or future interests in property

77.  Other property of any kind not already listed *Examples:* Season tickets,
     country club membership

| Debtor | Indian Canyon & 18th Property Owners Association | Case number *(if known)* 6:22-bk-13378 |
|---|---|---|
| | Name | |

Debtor paid a $75,000 retainer to Reid & Hellyer, APC for the filing of the Chapter 11.  Reid & Hellyer, APC holds the funds in their firm trust account and will draw down pursuant to the requirements of the United States Trustee to do so. Also see Statement of Affairs #11 and Disclosure of Compensation.

As of 09/06/22 (date of filing), after drawing down fees incurred, the balance on hand was $73,701.50.

$73,701.50

---

78. **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.

$73,701.50

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
☒ No
☐ Yes

Debtor ___Indian Canyon & 18th Property Owners Association___     Case number *(if known)* _6:22-bk-13378____
       <sub>Name</sub>

**Part 12:**   Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $1,448,261.82 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $10,997.97 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $73,701.50 | |
| 91. Total. Add lines 80 through 90 for each column | $1,532,961.29 | + 91b.  $0.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $1,532,961.29 |

**Fill in this information to identify the case:**

Debtor name   Indian Canyon & 18th Property Owners Association

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   6:22-bk-13378

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name _Indian Canyon & 18th Property Owners Association_

United States Bankruptcy Court for the: _CENTRAL DISTRICT OF CALIFORNIA_

Case number (if known) _6:22-bk-13378_

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☑ No. Go to Part 2.

    ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Alpenglow Management Group LLC<br>Wood Smith, Henning & Berman LLP<br>Attn: Keith Smith, et al.<br>21804 Cactus Ave. Suite 200<br>March Air Reserve Base, CA 92518 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Law suit pending_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Brightside Estate Holdings LLC<br>Wood Smith, Henning & Berman LLP<br>Attn: Keith Smith, et al.<br>21804 Cactus Ave. Suite 200<br>March Air Reserve Base, CA 92518 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Law suit pending_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,525.00 |
|---|---|---|---|
| | CGC -Mroz Accountants & Advisors<br>73-733 Fred Waring Drive Suite 105<br>Palm Desert, CA 92260 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Vendor - Income Tax preparation_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | Coachillin Energy Company, LLC<br>Faegre Drinker Biddle & Reath LLP<br>Attn: Kristopher S. Davis<br>1800 Century Park East, Suite 1500<br>Los Angeles, CA 90067-1517 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Law suit pending_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor __Indian Canyon & 18th Property Owners Association__     Case number (if known)  __6:22-bk-13378__
      Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Coachillin Energy Company, LLC
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $537,987.14 |
|---|---|---|---|

Coachillin Holdings, LLC
71-713 Highway 111
Suite 101
Rancho Mirage, CA 92270

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Short term loan; and settlements with attorney VRHSS, unremitted development costs billed to POA owners.

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Coachillin Holdings, LLC
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

Coachillin Holdings, LLC
Dinsmore and Shohl LLP
Attn:  Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

DHS Lot 11 Holdings, LLC
Hakala Law Group, P.C.
Attn:  Brad A. Hakala, et al
One World Trade Center, Suite 1870
Long Beach, CA 90831

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

DHS Verde, LLC
Hakala Law Group, P.C.
Attn:  B. Hakala; R. Ostrowski
One World Trade Center, Suite 1870
Long Beach, CA 90831

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Indian Canyon & 18th Property Owners Association | Case number (if known) | 6:22-bk-13378 |
|---|---|---|---|
| | Name | | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178,395.53 |
|---|---|---|---|

Dinsmore and Shohl LLP
Attn:  Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Attorneys Fees; counsel in litigation

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,114.99 |
|---|---|---|---|

EcoMaster Corporation
71-713 Highway 111
Suite 100
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Property management services, accounting and book keeping services

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,667.56 |
|---|---|---|---|

EcoMaster Corporation
71-713 Highway 111
Suite 100
Rancho Mirage, CA 92270

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Contractor's fees

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

EcoMaster Corporation
J. Scott Zundel Law Offices
Attn:  J. Scott Zundel
74-000 Country Club Dr. #C-4
Palm Desert, CA 92260

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Law suit pending

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Ecomaster Corporation
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Law suit pending

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

En Primeur LLC
Wood Smith, Henning & Berman LLP
Attn:  Keith Smith, et al.
21804 Cactus Ave. Suite 200
March Air Reserve Base, CA 92518

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Law suit pending

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Indian Canyon & 18th Property Owners Association | Case number (if known) | 6:22-bk-13378 |
|---|---|---|---|
| | Name | | |

**3.17** Nonpriority creditor's name and mailing address

Happy Hours, LLC
Hakala Law Group, P.C.
Attn: Brad A. Hakala, et al
One World Trade Center, Suite 1870
Long Beach, CA 90831

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

Katherine Beneteau
Faegre Drinker Biddle & Reath LLP
Attn: Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

Katherine Dickerson
Dinsmore and Shohl LLP
Attn: Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

Kenneth Dickerson
Faegre Drinker Biddle & Reath LLP
Attn: Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address

Kenneth Dickerson
Dinsmore and Shohl LLP
Attn: Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address

Kirsten Dickerson
Faegre Drinker Biddle & Reath LLP
Attn: Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    $0.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: Law suit pending

Is the claim subject to offset? ■ No ☐ Yes

Debtor  __Indian Canyon & 18th Property Owners Association__          Case number (if known)  ___6:22-bk-13378___
        Name

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Kirsten Dickerson
Dinsmore and Shohl LLP
Attn:  Joseph S. Leventhal
655 W. Broadway, Suite 800
San Diego, CA 92101

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Law suit pending

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Michael Dickerson
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Law suit pending

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Moon Lev Investments, LLC
Hakala Law Group, P.C.
Attn:  Brad A. Hakala, et al
One World Trade Center, Suite 1870
Long Beach, CA 90831

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Law suit pending

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Richard J. McNeil
Crowell & Moring LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614

□ Contingent
□ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Mediator in Litigation - NOTICE ONLY

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Ricky McCormies
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Law suit pending

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,641.30 |

VHRSS Solutions
P.O. Box 580337
North Palm Springs, CA 92258-0337

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  Vendor

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

Debtor    Indian Canyon & 18th Property Owners Association                Case number (if known)    6:22-bk-13378
_____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

William Moreland
Faegre Drinker Biddle & Reath LLP
Attn  Kristopher S. Davis
1800 Century Park East, Suite 1500
Los Angeles, CA 90067-1517

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _Law suit pending_

Is the claim subject to offset? ☐ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | En Primeur<br>108 San Jose Avenue #2<br>San Francisco, CA 94110 | Line _3.16_<br>☐ Not listed. Explain ____ | __ |
| 4.2 | Richard J. McNeil<br>Crowell & Moring LLP<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614 | Line _3.17_<br>☐ Not listed. Explain ____ | __ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 922,331.52 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 922,331.52 |

**Fill in this information to identify the case:**

Debtor name    Indian Canyon & 18th Property Owners Association

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    6:22-bk-13378

☐ Check if this is an
amended filing

## Official Form 206G
### Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ■ **No.** Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☐ **Yes.** Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | _____ |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | _____ |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | _____ |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | _____ | _____ |

**Fill in this information to identify the case:**

Debtor name ___Indian Canyon & 18th Property Owners Association___

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   6:22-bk-13378

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

   1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

   2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1: Codebtor*                                    *Column 2: Creditor*

| | Name | Mailing Address | | | Name | Check all schedules that apply: |
|---|---|---|---|---|---|---|
| 2.1 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.2 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.3 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |
| 2.4 | | | | | | ☐ D  ☐ E/F  ☐ G |
| | | Street | | | | |
| | | City | State | Zip Code | | |

**Fill in this information to identify the case:**

Debtor name    Indian Canyon & 18th Property Owners Association

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    6:22-bk-13378

☐ Check if this is an amended filing

## Official Form 207
### Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date: From 1/01/2022 to 09/12/22 | ■ Operating a business <br> ☐ Other | $1,052,522.94 |
| For prior year: From 1/01/2021 to 12/31/2021 | ■ Operating a business <br> ☐ Other | $1,073,304.86 |
| For year before that: From 1/01/2020 to 12/31/2020 | ■ Operating a business <br> ☐ Other | $976,290.14 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer <br> *Check all that apply* |
|---|---|---|---|

| Debtor | Indian Canyon & 18th Property Owners Association | | Case number (if known) 6:22-bk-13378 |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. See attached - Payments to Vendors-<br>Insiders 9/21 to 9/22 | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See attached - Payments to Vendors-<br>Insiders 9/21 to 9/22 | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Alpenglow Management Group, LLC; Brightside Estate Holdings, LLC and En Primeur, LLC v. Coachillin Holdings, LLC; Kenneth Dickerson; Indian Canyon & 18th Property Owners Association; Kirsten Dickerson, and Katherine Dickerson<br>PSC2002599 | Alleged improper assessment of POA fees regarding purchase and sale of lots, etc.<br>Trial Set October 7, 2022 | Riverside Superior Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor   Indian Canyon & 18th Property Owners Association _____    Case number (if known)  6:22-bk-13378

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | DHS Verde, LLC v. Coachillin Holdings, LLC, Coachillin Energy Company, LLC, EcoMaster Corporation, Indian Canyon & 18th Property Owners Association, Kenneth Dickerson, William Moreland, Katherine Beneteau aka Katherine Dickerson, Michael Dickerson, and Kirsten Dickerson<br>5:22-cv-943 | Alleged improper assessment of POA fees based on purported misrepresentations re purchae and sale of lots, etc. | United States District Court Riverside Division 3420 Twelfth Street Riverside, CA 92501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Happy Hours, LLC, DHS Lot 11 Holdings, LLC, Moon Lev Investments, LLC v. Coachillin Holdings, LLC, Coachillin Energy Company, LLC, Eco Master Corporation, Indian Canyon & 18th Property Owners Assn,, Kenneth Dickerson, William Moreland, Katherine Beneteau aka Katherine Dickerson, Michael Dickerson, Kirsten Dickerson and Ricky McCormies<br>5:22-cv-865 | Alleged improper assessment of POA fees based on purported misrepresentations re purchase and sale of lots, etc. | United States District Court Central District of Riverside 3420 Twelfth Street Riverside, CA 92501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10  All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. Payments related to bankruptcy

Debtor  Indian Canyon & 18th Property Owners Association     Case number *(if known)* 6:22-bk-13378

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | 07/29/22 - $25,000 - review documents (including, but not limited to, court pleadings, CC&R's, etc. meetings and conversations with the client and other relevant parties to determine whether a bankruptcy proceeding is in the best interest of the POA. | | |
| | Reid & Hellyer, APC 3685 Main Street, Suite 300 P.O. Box 1300 Riverside, CA 92502-1300 | 09/06/22 - $75,000, which included $9,523.50 left from the retainer received 07/29/22 - Chapter 11 - Subchapter V | | $0.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:  Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:  Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor __Indian Canyon & 18th Property Owners Association__     Case number (if known) __6:22-bk-13378__

◼ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

16. Does the debtor collect and retain personally identifiable information of customers?

◼ No.
☐ Yes. State the nature of the information collected and retained.

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

◼ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

◼ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

◼ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

◼ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

◼ None

Debtor  Indian Canyon & 18th Property Owners Association      Case number (if known)  6:22-bk-13378

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  Has the debtor notified any governmental unit of any release of hazardous material?

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25.  Other businesses in which the debtor has or has had an interest
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26.  Books, records, and financial statements
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
        ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  EcoMaster Corporation 71-713 Highway 111 Suite 100 Rancho Mirage, CA 92270 | 2018 to Present |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor  Indian Canyon & 18th Property Owners Association _____      Case number (if known)  6:22-bk-13378 _____

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    EcoMaster Corporation<br>71-713 Highway 111<br>Suite 100<br>Rancho Mirage, CA 92270 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

Name and address

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kenny Dickerson | 71713 Highway 111, Suite 100<br>Rancho Mirage, CA 92270 | Chairman of the Board | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bradley Yourist | 10866 Wilshire lvd.<br>Suite 225<br>Los Angeles, CA 90024 | Board Member | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Dickerson | 71713 Highway 111<br>Suite 101<br>Rancho Mirage, CA 92270 | Board member | 2022 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Paul Jacobson | 18268 Blue Dream Crossing<br>Desert Hot Springs, CA 92240 | Board Member | 2018 to February 2021 |

Debtor   Indian Canyon & 18th Property Owners Association          Case number (if known) 6:22-bk-13378

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Trevor Leeds | 18342 Blue Dream Crossing Desert Hot Springs, CA 92240 | Board Member | 2018 to February 2022 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | EcoMaster Corporation 71-713 Highway 111 Suite 100 Rancho Mirage, CA 92270 | Management Services | See attached. | Debtor sought services from different management companies and was unable to retain services from other providers. |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

Name of the parent corporation                    Employer Identification number of the parent corporation

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Name of the pension fund                    Employer Identification number of the pension fund

**Part 14:** Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   9.28.22

_____          Kenneth Dickerson
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor   Chairman of the Board

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

ATTACHMENT TO STATEMENT OF AFFAIRS

PART 2(3); PART 2(4) AND PART 13(30)

Indian Canyon &18th Property Owners Association - Payments to vendors 90-days pre-petition 6/14/2022-9/12/2022

| | Type | Date | Num | Name Address | | Amount |
|---|---|---|---|---|---|---|
| Celestino "Tino" Esquivel, Jr. | | | | | | |
| | Bill Pmt -Check | 6/30/2022 | 1574 | 53-825 Avenida Herera La Quinta, CA 92253 | $ | (5,502.59) |
| | Bill Pmt -Check | 7/28/2022 | 1583 | 53-825 Avenida Herera La Quinta, CA 92253 | $ | (5,225.00) |
| | Bill Pmt -Check | 8/31/2022 | 1592 | 53-825 Avenida Herera La Quinta, CA 92253 | $ | (5,400.00) |
| Chase - BONVoY | | | | | | |
| | Check | 6/20/2022 | EFT | | $ | (486.08) |
| Chase Card Services | | | | | | |
| | Check | 6/21/2022 | EFT | PO Box 6294 Carol Stream, IL 60197-6294 | $ | (6.99) |
| | Check | 7/18/2022 | EFT | PO Box 6294 Carol Stream, IL 60197-6294 | $ | (6.99) |
| | Check | 8/24/2022 | EFT | PO Box 6294 Carol Stream, IL 60197-6294 | $ | (6.99) |
| | Check | 9/9/2022 | EFT | PO Box 6294 Carol Stream, IL 60197-6294 | $ | (6.99) |
| Coachillin Technology | | | | | | |
| | Bill Pmt -Check | 6/17/2022 | 1571 | 71713 Highway 111 Suite 101 Rancho Mirage, CA. 92270 | $ | (810.00) |
| | Bill Pmt -Check | 8/4/2022 | 1587 | 71713 Highway 111 Suite 101 Rancho Mirage, CA. 92270 | $ | (270.00) |
| Dinsmore and Shohl LLP | | | | | | |
| | Bill Pmt -Check | 6/22/2022 | 1572 | PO Box 639038 Cincinnati, Ohio 45263-9038 | $ | (55,984.18) |
| | Bill Pmt -Check | 7/28/2022 | 1586 | PO Box 639038 Cincinnati, Ohio 45263-9038 | $ | (1,012.50) |
| | Bill Pmt -Check | 8/31/2022 | 1596 | PO Box 639038 Cincinnati, Ohio 45263-9038 | $ | (2,452.44) |
| EcoMaster Corporation - POA Management | | | | | | |
| | Bill Pmt -Check | 6/22/2022 | 1573 | 71-713 Highway 111 Suite 100 Rancho Mirage, CA. 92270 | $ | (37,015.82) |
| | Bill Pmt -Check | 6/22/2022 | 6 | 71-713 Highway 111 Suite 100 Rancho Mirage, CA. 92270 | $ | (6,000.00) |
| | Bill Pmt -Check | 8/31/2022 | 1597 | 71-713 Highway 111 Suite 100 Rancho Mirage, CA. 92270 | $ | (1,884.35) |
| | Check | 8/31/2022 | 1595 | 71-713 Highway 111 Suite 100 Rancho Mirage, CA. 92270 | $ | (74,483.22) |
| FIRST Insurance Funding | | | | | | |
| | Bill Pmt -Check | 7/1/2022 | 1577 | PO Box 7000 Carol Stream, IL 60197-7000 | $ | (3,190.99) |
| | Bill Pmt -Check | 7/28/2022 | 1585 | PO Box 7000 Carol Stream, IL 60197-7000 | $ | (3,190.99) |
| Mission Springs Water District | | | | | | |
| | Bill Pmt -Check | 7/21/2022 | 1580 | 66575 Second Street Desert Hot Springs, CA 92240-3711 | $ | (113.21) |
| | Bill Pmt -Check | 8/4/2022 | 1588 | 66575 Second Street Desert Hot Springs, CA 92240-3711 | $ | (238.69) |
| | Bill Pmt -Check | 9/6/2022 | 1602 | 66575 Second Street Desert Hot Springs, CA 92240-3711 | $ | (207.33) |
| Reid & Hellyer, APC | | | | | | |
| | Check | 7/27/2022 | 1582 | PO Box 1300 Riverside, CA 92502-1300 | $ | (25,000.00) |
| | Bill Pmt -Check | 9/2/2022 | 1600 | PO Box 1300 Riverside, CA 92502-1300 | $ | (65,476.50) |
| Spectrum Enterprise | | | | | | |
| | Bill Pmt -Check | 6/30/2022 | 1575 | PO Box 60074 City of Industry, CA 91716-0074 | $ | (2,580.53) |
| | Bill Pmt -Check | 6/30/2022 | 1576 | PO Box 60074 City of Industry, CA 91716-0074 | $ | (3,000.00) |
| | Bill Pmt -Check | 7/28/2022 | 1584 | PO Box 60074 City of Industry, CA 91716-0074 | $ | (3,000.00) |
| | Bill Pmt -Check | 8/4/2022 | 1589 | PO Box 60074 City of Industry, CA 91716-0074 | $ | (2,580.53) |
| | Bill Pmt -Check | 8/31/2022 | 1593 | PO Box 60074 City of Industry, CA 91716-0074 | $ | (2,580.53) |
| | Bill Pmt -Check | 8/31/2022 | 1599 | PO Box 60074 City of Industry, CA 91716-0074 | $ | (3,000.00) |
| United Rentals/Pac Van Inc. | | | | | | |
| | Bill Pmt -Check | 8/31/2022 | 1594 | PO Box 051122 Los Angeles, CA 90074-1122 | $ | (946.95) |
| | Bill Pmt -Check | 8/31/2022 | 1603 | PO Box 051122 Los Angeles, CA 90074-1122 | $ | (1,912.84) |
| VHRSS Solutions | | | | | | |
| | Bill Pmt -Check | 6/14/2022 | 1570 | PO Box 580337 N. Palm Springs, CA 92258-0337 | $ | (32,256.00) |
| | Bill Pmt -Check | 7/1/2022 | 1578 | PO Box 580337 N. Palm Springs, CA 92258-0337 | $ | (12,783.02) |
| | Bill Pmt -Check | 7/5/2022 | 1579 | PO Box 580337 N. Palm Springs, CA 92258-0337 | $ | (10,752.00) |
| | Bill Pmt -Check | 7/22/2022 | 1581 | PO Box 580337 N. Palm Springs, CA 92258-0337 | $ | (10,752.00) |
| | Bill Pmt -Check | 8/4/2022 | 1590 | PO Box 580337 N. Palm Springs, CA 92258-0337 | $ | (24,363.64) |
| | Bill Pmt -Check | 8/15/2022 | 1591 | PO Box 580337 N. Palm Springs, CA 92258-0337 | $ | (10,752.00) |
| | Bill Pmt -Check | 8/31/2022 | 1598 | PO Box 580337 N. Palm Springs, CA 92258-0337 | $ | (10,752.00) |

Indian Canyon &18th Property Owners Association - Payments to Insiders One-year pre-petition 9/11/2021-9/12/2022

| Type | Date | Num | Name Address | Amount |
|------|------|-----|--------------|--------|
| **Coachillin Holdings** | | | | |
| Check | 2/2/2022 | 1525 | 71-713 Highway 111 Rancho Mirage, Ca 92270 | $ (97.07) |
| **EcoMaster Corporation - POA Management** | | | | |
| Bill Pmt -Check | 5/12/2022 | 1561 | 71-713 Highway 111  Suite 100 Rancho Mirage, CA. 92270 | $ (40,408.80) |
| Bill Pmt -Check | 6/22/2022 | 1573 | 71-713 Highway 111  Suite 100 Rancho Mirage, CA. 92270 | $ (37,015.82) |
| Bill Pmt -Check | 6/22/2022 | 6 | 71-713 Highway 111  Suite 100 Rancho Mirage, CA. 92270 | $ (6,000.00) |
| Bill Pmt -Check | 8/31/2022 | 1597 | 71-713 Highway 111  Suite 100 Rancho Mirage, CA. 92270 | $ (1,884.35) |
| Check | 8/31/2022 | 1595 | 71-713 Highway 111  Suite 100 Rancho Mirage, CA. 92270 | $ (74,483.22) |

William D Moreland
None
Kenneth R Dickerson
None

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Douglas A. Plazak 181709<br>P.O. Box 1300<br>Riverside, CA 92502-1300<br>(951) 682-1771 Fax: (951) 686-2415<br>California State Bar Number: 181709 CA | |

☐  *Debtor(s) appearing without an attorney*

☒  *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

Indian Canyon & 18th Property Owners Association

CASE NO.: 6:22-bk-13378

CHAPTER: 11

**VERIFICATION OF MASTER
MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable  certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _ *1* _ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _9.28.22_

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _9-28.22_

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                              F 1007-1.MAILING.LIST.VERIFICATION

CGC -Mroz Accountants & Advisors
73-733 Fred Waring Drive Suite 105
Palm Desert, CA 92260

**United States Bankruptcy Court**
Central District of California

In re   Indian Canyon & 18th Property Owners Association

Debtor(s)

Case No.

Chapter    11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Kenneth Dickerson, declare under penalty of perjury that I am the Chairman of the Board of Indian Canyon & 18th Property Owners Association, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 2nd day of September, 2022

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Kenneth Dickerson, Chairman of the Board of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Kenneth Dickerson, Chairman of the Board of this Corporation of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Kenneth Dickerson, Chairman of the Board of this Corporation of this Corporation is authorized and directed to employ Douglas A. Plazak, #181709, attorney and the law firm of REID & HELLYER to represent the corporation in such bankruptcy case."

Date   9.28.22                          Signed

Kenneth Dickerson

## Resolution of Board of Directors
### of
### Indian Canyon 18th Property Owners Association

WHEREAS, it is in the interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11, Subchapter V, of Title 11 of the United States Code;

BE IT THEREFORE RESOLVED, that Kenneth Dickerson, Chairman of the Board of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

BE IT FURTHER RESOLVED, that Kenneth Dickerson, Chairman of the Board of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case;

BE IT FURTHER RESOLVED, that Kenneth Dickerson, Chairman of the Board of this corporation is authorized and directed to employ Douglas A. Plazak, attorney, and the law firm of Reid & Hellyer, located at 38975 Sky Canyon Dr #203, Murrieta, CA 92563, to represent the corporation in such bankruptcy case; and

BE IT FURTHER RESOLVED, that the corporation is authorized to obtain a loan for the purpose of paying Reid & Hellyer for its services in connection with the filing of the voluntary petition in the United States Bankruptcy Court.

Date **09-02-2022**

Signed _Kenny Dickerson (Sep 2, 2022 11:46 PDT)_
Kenneth Dickerson, Chairman

Date **9-2-22**

Signed _____
Bradley Yourist, Director

Date **9/2/2022**

Signed _Michael Dickerson (Sep 2, 2022 12:34 PDT)_
Michael Dickerson, Director

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   Indian Canyon & 18th Property Owners Association _____   Case No.   6:22-bk-13378 _____

                                                  Debtor(s)             Chapter    11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................................................   $        75,000.00

   Prior to the filing of this statement I have received ...........................................   $        75,000.00

   Balance Due   ...............................................................................................................   $            *

*The monies paid to Reid & Hellyer, APC, represent a retainer only. Total fees and costs owed Reid & Hellyer, APC, will be based upon the prevailing rates of the attorneys, law clerks, and paralegals and actual costs incurred. All fees and costs are subject to Court approval.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]   The Firm will act as reorganization counsel for the POA and will render such ordinary and necessary legal services as may be required in connection with the Subchapter V case to be filed  in the Central District of California, Riverside Division. As previously discussed, we will: (1) prepare the bankruptcy petition; (2) prepare first day motions; and (3) file the bankruptcy petition and act as reorganization counsel during the course of the bankruptcy.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
The Firm's employment as reorganization counsel does not include the following: appearances before any court or agency, other than the Bankruptcy Court and the Office of the United States Trustee, except as may be agreed; litigation in the Bankruptcy Court with respect to matters which are, primarily, disputes involving issues of nonbankruptcy law, except as may be agreed; or the providing of advice outside the insolvency area, such as in the areas of corporations, partnerships, consumer protection, taxation, securities, torts, environmental, labor, criminal, administrative, suretyship or real estate law. Further, the scope of our employment does not include giving attention to, forming professional opinions as to, or advising you with respect to, disclosure obligations under Federal Securities or other nonbankruptcy laws or agreements.

In re    Indian Canyon & 18th Property Owners Association                    Case No.    6:22-bk-13378
                                        Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

9/28/82
*Date*

Douglas A. Plazak 181709
*Signature of Attorney*
REID & HELLYER
P.O. Box 1300
Riverside, CA 92502-1300
(951) 682-1771   Fax: (951) 686-2415
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Douglas A. Plazak #181709, dplazak@rhlaw.com <br> Reid & Hellyer, APC <br> 3685 Main Street, Suite 300 <br> P.O. Box 1300 <br> Riverside, CA 92502-1300 <br> Telephone:  951-682-1771 <br> Telecopier:  951-686-2415 | |
| ☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re: <br><br> Indian Canyon & 18th Property Owners Association <br><br><br> Debtor(s). | CASE NO.: 6:22-bk-13378-SY <br> ADVERSARY NO.: <br> CHAPTER: 11 |
|---|---|
| <br><br> Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT** <br> **PURSUANT TO  FRBP 1007(a)(1)** <br> **and 7007.1, and LBR 1007-4** |
| <br> Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report.  This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding.   A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Kenneth Dickerson                                          , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

[Check the appropriate boxes and, if applicable, provide the required information.]

1.   I have personal knowledge of the matters set forth in this Statement because:

☒ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐   The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____
_____
_____

[For additional names, attach an addendum to this form.]

b.   ☒   There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  _9·28·22_____

By: _____
/Signature of Debtor, or attorney for Debtor

Name:  Kenneth Dickerson_____
Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                          Page 2                  F 1007-4.CORP.OWNERSHIP.STMT